1  WALTERS BENDER STROHBEHN
   & VAUGHAN, P.C.
2  DAVID M. SKEENS (Missouri Bar No. 35728)
   2500 City Center Square
3  1100 Main Street
   Kansas City, MO 64105
4  Telephone: 816.421.6620
   Facsimile:  816.421.4747
5  dskeens@wbsvlaw.com

6  Attorneys for Plaintiffs
   Tammy Wooden and Elaine Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CELEBREX AND BEXTRA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1699 |
|---|---|
| *This document relates to* | CASE NO. 3:05-cv-05388-CRB |
| TAMMY WOODEN, individually and as personal representative of the Estate of Santa M. Koester, and ELAINE WOOD | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC., et al., | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Comes now Plaintiffs Tammy Wooden, individually and as personal representative of the Estate of Santa M. Koester, and Elaine Wood and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) and the Court's Order of November 22, 2010 [Doc. No. 3445], and hereby stipulate to the dismissal of this action with prejudice with

1

1  each side bearing its own attorneys' fees and costs.  Such dismissal is the result of the Parties'

2  compromise of the claims asserted by Plaintiffs and it is expressly agreed and understood that the

3  filing of such dismissal does not otherwise alter the Parties' rights under and obligations to perform

4  pursuant to that settlement agreement.

5

6
   DATED: December 16, 2010              WALTERS BENDER STROHBEHN
7                                        & VAUGHAN, P.C.

8                                        By: /s/ David M. Skeens
                                            David M. Skeens, Missouri Bar #35728
9                                           2500 City Center Square
                                            1100 Main Street
10                                          Kansas City, MO 64105
                                            (816) 421-6620
11                                          (816) 421-4747 (Facsimile)
                                            dskeens@wbsvlaw.com
12
                                         ATTORNEYS FOR PLAINTIFFS
13

14 DATED: December 16, 2010              DLA PIPER LLP (US)

15                                       By: /s/ Michelle Sadowsky
                                            Michelle Sadowsky
16                                          DLA Piper LLP (US)
                                            1251 Avenue of the Americas
17                                          New York, NY 10020
                                            (212) 335-4500
18                                          (212) 335-4501 (Fascimile)
                                            michelle.sadowsky@dlapiper.com
19
                                         DEFENDANTS' LIASON COUNSEL
20

21

22 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**
23

24
   Dated: Feb. 8, 2011
25
                                         _____
26                                       United States District Judge
                                         Northern District of California
27

28
                                         2

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the United States District Court for the Northern District of California, San Francisco Division, with notice to be generated and sent electronically by the Court's ECF system to all designated persons this 16th day of December 2010.

                                              */s/ David M. Skeens*
                                              Attorney for Plaintiffs

3

STIPULATION AND ORDER OF DISMISSAL